IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE SOLLENBERGER, | Civil No. 3:22-cv-716 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN, SCI-ROCKVIEW, PA STATE ATTORNEY GENERAL, | |
| Respondents | |

## ORDER

**AND NOW**, this 15th day of June, 2022, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion to proceed *in forma pauperis* is **GRANTED**. (Doc. 5).

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice. *See* R. GOVERNING § 2254 CASES R. 4.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge